Case No. 19-30136-pcm7

## CERTIFICATION OF SERVICE

I, _Genna R. Vance_
(name)

of _Schwabe Williamson & Wyatt, PC_
(service address)

certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on _1/17/2019_ (date), I served a copy of the attached summons, together with the involuntary petition filed in this case, on:

Matthew Arbaugh
Arbaugh Law PC
Attorney for Brent Keys

the debtor(s) in this case by (describe here the mode of service): By U.S. First Class Mail

on the said debtor(s) at: 121 SW Morrison Street, Suite 1520
Portland, Oregon 97204

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _January 17, 2019_     _/s/ Genna R. Vance_
(date)                               (signature)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

Case No. **19-30136-pcm7**

CERTIFICATE OF SERVICE

BRISTOL CREEK HOMES &
DEVELOPMENT COMPANY, LLC,

    Debtor.

_____/

STATE OF OREGON
County of Multnomah     ss.

I, Kyle Berg, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Involuntary Case Summons and Involuntary Petition Against a Non-Individual*

Upon **BRISTOL CREEK HOMES & DEVELOPMENT COMPANY, LLC**, by leaving such true copy, personally and in person, with STAN SHELBY, who is the person apparently in charge at the office of MATTHEW ARBAUGH who is the Attorney thereof, at 121 SW Morrison Street, Suite 1520, Portland, OR 97204 on January 16, 2019 at 2:19 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this __16__ day of __Jan__, 20__19__.

X_____
Kyle Berg
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*342096*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

Case No. **19-30136-pcm7**

AFFIDAVIT OF MAILING

BRISTOL CREEK HOMES &
DEVELOPMENT COMPANY, LLC,

    Debtor.
_____/

STATE OF OREGON
County of Multnomah      ss.

I, Samantha Olson, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On January 16, 2019, I mailed a true copy of the Involuntary Case Summons and Involuntary Petition Against a Non-Individual via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to MATTHEW ARBAUGH.

The envelope was addressed as follows:

    MATTHEW ARBAUGH
    121 SW Morrison Street, Suite 1520
    Portland, OR 97204

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Samantha Olson
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 17 day of January, 2019
by Samantha Olson.

_____
Notary Public for Oregon



OFFICIAL STAMP
**CHERI JANE CROWE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 937783
MY COMMISSION EXPIRES APRIL 05, 2019

*342896*

Case No. 19-30136-pcm7

# CERTIFICATION OF SERVICE

I, __Genna R. Vance__
(name)

of __Schwabe, Williamson & Wyatt, PC, 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204__
(service address)

certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on __1/17/2019__ (date), I served a copy of the attached summons, together with the involuntary petition filed in this case, on:   Brent Keys, Member
Bristol Creek Homes & Development Company, LLC
333 Northwest 9th, Portland, Oregon 97209

the debtor(s) in this case by (describe here the mode of service):   By U.S. First Class Mail

on the said debtor(s) at:   333 Northwest 9th
Portland, Oregon 97209

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __January 17, 2019__   _____
(date)                                        (signature)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 15, 2019

Clerk, U.S. Bankruptcy Court

BY ljr DEPUTY

In re
**Bristol Creek Homes & Development
Company, LLC**
Debtor(s)

Case No. **19-30136-pcm7**

## INVOLUNTARY CASE SUMMONS

To the above named debtor(s):

A petition under Title 11, United States Code, having been filed on 1/15/19 in this court of bankruptcy, praying for an order for relief under 11 USC §303, Chapter 7.

You are hereby summoned and REQUIRED TO FILE WITH THIS COURT AND TO SERVE upon the petitioners' attorney, whose address is CRAIG G RUSSILLO, 1211 SW 5th Ave #1600-1900, Portland, OR 97204-3795, A MOTION* OR AN ANSWER to the petition which is herewith served upon you, WITHIN 21 DAYS OF THE DATE THIS SUMMONS WAS SERVED UPON YOU. IF YOU FAIL TO DO SO, AN ORDER FOR RELIEF WILL BE ENTERED.

IF A MOTION OR AN ANSWER IS FILED, you are hereby notified that a TRIAL of the proceeding commenced by this petition SHALL BE SCHEDULED UPON FURTHER NOTICE FROM THE COURT.

YOU ARE NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503)684-3763 or toll-free in Oregon at (800)452-7636.

*If you make a motion, as you may in accordance with Fed.R.Bankr.P. 1011, that rule governs the time within which your answer must be served.

Date of issuance: 1/15/19

/s/ Charlene M Hiss
Clerk, U.S. Bankruptcy Court



MINV (6/29/15) ljr

UNITED STATES BANKRUPTCY COURT
District of Oregon

Memorandum

| | |
|---|---|
| To: | CRAIG G RUSSILLO<br>1211 SW 5th Ave #1600-1900<br>Portland, OR 97204-3795 |
| From: | Clerk, U.S. Bankruptcy Court |
| Date: | 1/15/19 |
| Subject: | **Involuntary Summons in Case No. 19-30136-pcm7, Bristol Creek Homes & Development Company, LLC** |

Included for you to serve within 7 days of the date above is the original Summons in the above case. (Note: You must make copies for service on appropriate parties.) Also included is a blank Certificate of Service that you must complete after service of the Summons.

Immediately after service you must: (a) Complete points 1 and 2 below; (b) Combine the documents together as follows: (i) the fully completed Certificate of Service; (ii) a copy of the Summons; and (iii) this completed Memorandum; and then (c) File that 3 document packet with the court either electronically, or if you are not an ECF participant, at the address below.

1. Name and address of the person to perform duties of debtor:

   Name and Relationship to debtor (e.g., CEO, President, etc.)
   Brent Keys, Member

   Address
   333 Northwest 9th, Portland, Oregon 97209

2. Name and address of the debtor's attorney:

   Name
   Matthew Arbaugh
   Arbaugh Law PC

   Address
   121 SW Morrison Street, Suite 1520, Portland, OR 97204

Please immediately file the completed 3 document packet (in the order prescribed) either electronically, or if you are not an ECF participant, at the following address:

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204