Joseph A. Field, OSB #940710
Field Jerger LLP
Email: joe@fieldjerger.com
621 SW Morrison St. #510
Portland, OR 97205
Tel. (503) 228-2665
Fax (503) 225-0276

Attorneys for Guardian Strategic Fund III, LLC

IN THE US BANKRUPTCY COURT

THE OF DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Bristol Creek Homes & Development Company, LLC,<br><br>           Debtor. | Case No. 19−30136−pcm7<br><br>GUARDIAN STRATEGIC FUND III, LLC'S RESPONSE TO NOTICE OF TRUSTEE'S MOTION TO DISMISS<br><br>(Relates to ECF 58)<br><br>ORAL ARGUMENT REQUESTED |

      Guardian Strategic Fund III, LLC ("Guardian") respectfully files this response to the Notice of Trustee's Motion to Dismiss (filed at ECF 58) (the "Trustee's Motion"), to avoid interference with a pre-existing settlement conference. The Trustee's Motion, which is dated April 16, 2019, may result in a 21 day dismissal on May 5, 2019. However, this Court has scheduled a May 16, 2019 intercreditor settlement conference in this involuntary bankruptcy case, with Bankruptcy Judge Trish M. Brown serving as settlement judge.

      The Court scheduled Guardian's pre-existing motion to dismiss (filed at ECF 45), and Guardian's motion for relief from stay (field at ECF 34), for May 28, 2019, (noticed at ECF 53 & 55), to facilitate the May 16th settlement conference. Guardian, a supporter of dismissal of this bankruptcy case, requests that the Court schedules oral argument on the Trustee's Motion at the pending May 28, 2019 hearing, so the Trustee's Motion does not result in a premature

Page 1 of 2
Response to Notice of
Trustee's Motion to
Dismiss

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 228-2665
Fax: (503) 225-0276

Case 19-30136-pcm7    Doc 60    Filed 04/22/19

administrative dismissal of Bristol Creek Homes & Development Company, LLC's bankruptcy case prior to the creditors' May 16, 2019 settlement conference.

Dated: April 22, 2019

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
joe@fieldjerger.com
Field Jerger LLP
621 S.W. Morrison, Ste. 1225
Portland, Oregon 97205
Tel. (503) 228-2665
Fax (503) 225 0276
Attorneys for Creditor Guardian Strategic Fund III, LLC

Page 2 of 2
Response to Notice of Trustee's Motion to Dismiss

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 228-2665
Fax: (503) 225-0276

Case 19-30136-pcm7    Doc 60    Filed 04/22/19